Matthew Borden, Esq. (SBN: 214323)
   borden@braunhagey.com
David H. Kwasniewski, Esq. (SBN: 281985)
   kwasniewski@braunhagey.com
Tracy O. Zinsou, Esq. (SBN: 295458)
   zinsou@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 599-0210

ATTORNEYS FOR DEFENDANTS
IT WORKS MARKETING, INC.,
IT WORKS! GLOBAL, INC.,
MARK PENTECOST, AND PAUL NASSIF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AILEEN BROOKS, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>IT WORKS MARKETING, INC., IT WORKS! GLOBAL, INC., MARK PENTECOST, and PAUL NASSIF,<br><br>    Defendants. | Case No: 1:21-cv-01341-DAD-BAK (SKO)<br><br>**DECLARATION OF DAVID KWASNIEWSKI IN SUPPORT OF DEFENDANTS' MOTION FOR SANCTIONS**<br><br>**Date:** June 21, 2022<br>**Time:** 9:30 a.m.<br>**Judge:** The Hon. Dale A. Drozd<br><br>**Complaint Filed:** September 3, 2021 |

Case No. 1:21−CV−01341−DAD−BAK (SKO)
DECLARATION IN SUPPORT OF MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11

I, David Kwasniewski declare:

1. I am licensed to practice before this Court and am counsel of record for Defendants It Works Marketing, Inc., It Works! Global, Inc., Mark Pentecost, and Paul Nassif (collectively, "Defendants"). I make this declaration based on personal knowledge. If called as a witness, I could, and would, testify competently to the facts stated herein.

2. BraunHagey & Borden LLP's ("BHB") attorneys almost exclusively hail from top law firms, including Quinn Emanuel Urquhart & Sullivan, LLP, Morrison & Foerster LLP, Keker, Van Nest & Peters LLP, Steptoe & Johnson, LLP, Akin Gump Strauss Hauer & Feld LLP, Gunderson Dettmer Stough Villeneuve Franklin & Hachigian, LLP, Latham & Watkins, LLP, Covington & Burling LLP, Simpson Thacher & Bartlett LLP, Fenwick & West LLP, and Kirkland & Ellis LLP. Firms of that caliber are regularly opposing counsel on BHB's cases. Based on my experience with the Northern California legal market, rates regularly exceed $1000+, and BHB's hourly rates for partners, associates, and paralegals are significantly lower than those charged by comparably experienced and talented lawyers in the Bay Area.

3. BHB's hourly rates, including my rate specifically, have been approved by the Northern District of California. *See Optronic Techs., Inc v. Ningbo Sunny Elec. Co.*, No. 5:16-CV-06370-EJD, Dkt. No. 629, 2020 WL 1667435, at *14 (N.D. Cal. Apr. 3, 2020) (approving BHB's hourly rates, including mine); *Walker v. B&G Foods, Inc., et al.*, Case No. 16-15349, slip op. at 306, Dkt. No. 26 (9th Cir. 2017) (finding BHB's rates to be reasonable); *Hill v. Robert's American Gourmet Food, LLC*, No. 3:13-mc-80166-JST, Dkt. No. 17, slip op. at 1-2 (N.D. Cal. Oct. 11, 2013) (granting BHB's motion for fees at an hourly rate of $695 in 2013).

4. Matthew Borden is a founding partner of BHB. After law school, he clerked for the Honorable William Alsup in the United States District Court for the Northern District of California. He practiced at Morrison & Foerster LLP before co-founding BHB. He has tried cases in state and federal court and successfully argued appeals before the Ninth Circuit, the Federal Circuit and the California Courts of Appeal. He has successfully represented Fortune 500 companies, private equity funds, financial institutions, and foreign governments in billion-dollar lawsuits and other high-stakes litigation (some of his former clients include Bank of America, Kyocera Corp., Wells

Fargo Bank, and the Government of Egypt). His hourly rate is $815.00 per hour. He spent an efficient 32.50 hours litigating this case.

5. Tracy Zinsou is an associate at BHB who has eleven years of commercial litigation experience. She graduated from Harvard Law School in 2010. She has extensive experience litigating high-stakes cases in state and federal courts across the country. She has successfully defended cases and prosecuted claims for clients from startups to Fortune 500 companies in a diverse range of complex commercial litigation cases. Her hourly rate is $695.00 per hour, and she spent an efficient 78.50 hours litigating this case.

6. Pratik K. Raj Ghosh is an associate at BHB. He graduated from Vanderbilt University Law School in 2017 and has over four years of litigation experience. His hourly rate is $625.00 per hour, and he has spent an efficient 181.70 hours litigating this case.

7. I am a partner at BHB who has nine years of commercial litigation experience. I am a graduate of Cornell Law School, who clerked for the Honorable Curtis V. Gomez, Chief Judge of the District Court of the United States Virgin Islands. In private practice, I have first chaired federal and state jury trials. My hourly rate is $675.00 per hour. I have spent an efficient 82.90 hours litigating this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: May 19, 2022                                     By: _____
                                                            David Kwasniewski