**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AILEEN BROOKS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IT WORKS MARKETING, INC., IT WORKS! GLOBAL, INC., MARK PENTECOST, and PAUL NASSIF,<br><br>Defendants. | Case No: 1:21-cv-01341-DAD-BAK (SKO)<br><br>**ORDER GRANTING PARTIES' STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>(Doc. 39)<br><br>**Complaint Filed:**   September 3, 2021 |

The Court has considered the parties' Stipulation to Extend Time for Defendants to Answer or Otherwise Respond to Plaintiff's First Amended Complaint. (Doc. 39.) Good cause appearing, the Court hereby GRANTS the parties' request. The time within which Defendants are required to respond to Plaintiff's First Amended Complaint is extended until July 7, 2022.[1]

IT IS SO ORDERED.

Dated:   **June 21, 2022**            /s/ *Sheila K. Oberto*
    UNITED STATES MAGISTRATE JUDGE

---

[1] The parties also stipulated to extensions of time in connection with "Defendants' Motion to Dismiss." (*See* Doc. 39.) However, no such motion has been filed. (*See* Docket.) Accordingly, the Court finds the stipulated extensions premature at this time and declines to approve them. Any motion to dismiss filed by Defendants shall be noticed and briefed in accordance with Local Rule 230. Should modifications to the briefing schedule become necessary, the parties may file a stipulation for court approval at that time.