| | |
|---|---|
| **THE WESTON FIRM**<br>GREGORY S. WESTON (239944)<br>*greg@westonfirm.com*<br>1405 Morena Blvd., Suite 201<br>San Diego, CA 92110<br>Telephone:   (619) 798-2006<br>Facsimile:    (619) 343-2789<br><br>**Counsel for Plaintiff** | **BRAUNHAGEY & BORDEN LLP**<br>J. NOAH HAGEY (262331)<br>*hagey@braunhagey.com*<br>MATTHEW BORDEN (214323)<br>*borden@braunhagey.com*<br>DAVID KWASNIEWSKI (281985)<br>*kwasniewski@braunhagey.com*<br>351 California Street, Tenth Floor<br>San Francisco, CA 94104<br>Telephone:   (415) 599-0210<br>Facsimile:    (415) 276-1808<br><br>**Counsel for Defendants** |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AILEEN BROOKS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IT WORKS MARKETING, INC., IT WORKS! GLOBAL, INC., MARK PENTECOST, and PAUL NASSIF,<br><br>Defendants. | Case No: 1:21-cv-1341-ADA-CBD<br><br>Pleading Type: Class Action<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Judge: The Honorable Ana L. de Alba |

1  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss this action with
2  prejudice with each side bearing its own fees and costs.
3  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

5  DATED: October 31, 2022              /s/ Gregory S. Weston
                                         Gregory S. Weston
6                                        Counsel for Plaintiff

8  DATED: October 31, 2022              /s/ David Kwasniewski
                                         David Kwasniewski
9                                        Counsel for Defendants

1

*Brooks v. It Works Marketing, Inc., et al.*, Case No. 1:21-cv-1341-ADA-CBD
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE