UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AILEEN BROOKS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>IT WORKS MARKETING INC., et al.,<br><br>　　　　　　　Defendants. | Case No. 1:21-CV-1341-ADA-CBD<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE** |

　　　　The parties have filed a stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (EFC No. 61.)  Once a dismissal under Rule 41(a)(1) is properly filed, no order of the court is necessary to effectuate dismissal; the dismissal is effective automatically. *See Com. Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1078 (9th Cir. 1999).

　　　　The Court finds that the parties' stipulation meets the requirements under Rule 41(a)(1)(A)(ii). Accordingly, the Court DIRECTS the Clerk of the Court to close this case and to terminate the pending motions.  (ECF Nos. 42, 43 and 54)

IT IS SO ORDERED.

　　Dated:　**November 1, 2022**　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE